IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FALKON TREASURES LLC,**<br><br>　　　　　Plaintiff,<br>　v.<br><br>**BARNES & NOBLE BOOKSELLERS, INC.,**<br><br>　　　　　Defendant. | CASE NO. 2:16-cv-654-JRG-RSP |

**ORDER**

The Motion to Dismiss Without Prejudice Pursuant to Rule 41(a)(2) of all claims asserted between Plaintiff Falkon Treasures LLC and Defendant Barnes & Noble Booksellers, Inc. is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Falkon Treasures LLC and Defendant Barnes & Noble Booksellers, Inc. are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**SIGNED this 12th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE